**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Tatyna Petrosov aka Tanya Petrosov     CHAPTER 13

               Debtor(s)     BKY. NO. 19-16061 JKF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-OA19) and index same on the master mailing list.

                                    Respectfully submitted,
                                 **/s/ Kevin G. McDonald, Esq.**
                                  Rebecca A Solarz, Esquire
                                 Kevin G. McDonald, Esquire
                                 KML Law Group, P.C.
                                 701 Market Street, Suite 5000
                                 Philadelphia, PA 19106-1532
                                 (215) 627-1322