*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Tatyna Petrosov
    Debtor(s)

Case No: 19–16061–jkf

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*

Motion to Approve Loan Modification Filed by JPMORGAN CHASE BANK, NATIONAL ASSOCIATION Represented by KRISTEN D. LITTLE (Counsel).

    on: 3/11/20

    at: 09:30 AM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  2/18/20

Timothy B. McGrath
Clerk of Court