**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| TATYNA PETROSOV | § | CASE NO. 19-16061 |
| DEBTOR(S) | § | CHAPTER 13 |
| | § § | |

**NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM**

**(DOCKET NO.** 36, **CLAIM NO.** 3**)**

COMES NOW, AIS Portfolio Services, LP, as authorized agent for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CWALT INC. ALTERNATIVE LOAN TRUST 2005-59, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-59, c/o Shellpoint Mortgage Servicing, files this Notice of Withdrawal of the Transfer of Claim, filed in the above-styled and numbered case on 02/18/2020, docket #36.

Respectfully Submitted by
/s/ Arvind Nath Rawal
AIS Portfolio Services, LP.
Transferee/Transferee's Agent