United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 19-16061-jkf
Tatyna Petrosov                                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Joan              Page 1 of 2              Date Rcvd: Feb 18, 2020
                            Form ID: 167            Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2020.
```
db          +Tatyna Petrosov,    751 Magee Avenue,    Philadelphia, PA 19111-4717
cr          +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    7255 Baymeadows Way,    ATTN: JAXB2007,
             Jacksonville, FL 32256-6851
14395844    +Bank of America,    P.O. Box 31785,    Tampa, FL 33631-3785
14451118    +Bank of America, NA,    Janet M. Spears,    ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
             P.O. Box 17933,    San Diego, CA 92177-7921
14395845    +Bank of America,N.A.,    P.O. Box 31785,    Tampa, FL 33631-3785
14395851    +Bayview Loan Servicing LLC for,    The Bank of New York Mellon,    c/o Kevin S. Frankel, Esquire,
             Shapiro & DeNardo, LLC,    3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
14400325    +Bayview Loan Servicing, LLC,    c/o Janet M. Spears,    ALDRIDGE PITE, LLP,
             4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
14434472    +Bayview Loan Servicing, LLC et al.,    4425 Ponce de Leon Blvd, 5th Floor,
             Coral Gables, FL 33146-1837
14395846    +Chase Bank,    710 S. Ash Street, Suite 200,    Glendale, CO 80246-1969
14395848    +Dmitriy Koslov,    751 Magee Avenue,    Philadelphia, PA 19111-4717
14428639     JPMorgan Chase Bank, N.A.,    Chase Records Center,    ATTN: Correspondence Mail,
             Mail Code LA4-5555,    700 Kansas Lane, Monroe, LA 71203
14405740    +JPMorgan Chase Bank, N.A.,    c/o Kevin S. Frankel, Esquire,    Shapiro & DeNardo, LLC,
             3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
14395849    +KML Law Group,    Suite 5000 - BNY Independence Center,    701 Market Street,
             Philadelphia, PA 19106-1538
14435898    +MEB Loan Trust III,    c/o Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
             Highlands Ranch, Colorado 80129-2386
14434040    +THE BANK OF NEW YORK MELLON,    Bayview Loan Servicing, LLC,
             4425 Ponce De Leon Blvd., 5th Floor,    Coral Gables FL 33146-1837
14467476     THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    P.O. Box 10826,
             Greenville, SC 29603-0826
14395852    +The Bank of New York Mellon,    c/o Milstead & Associates, LLC,    1 E. Stow Road,
             Marlton, NJ 08053-3118
14444559    +The Bank of New York Mellon,    c/o Kevin G. McDonald, Esq,    701 Market Street, Ste 5000,
             Philadelphia, PA 19106-1541
14395853     The Bank of New York Mellon/fka,    Certificatesholders of CWALT, Inc.,    3815 Southwest Temple,
             Salt Lake City, UT 84115
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14395847     E-mail/Text: megan.harper@phila.gov Feb 18 2020 18:17:33     City of Philadelphia Law Dept.,
             MSB Building,    1401 JFK Boulevard, 15th Floor,    Philadelphia, PA 19102
14395850    +E-mail/Text: Diane@mvrlaw.com Feb 18 2020 18:16:41     Martha E. Von Rosenstiel, P.C,
             649 South Ave., Ste. 7,    Secane, PA 19018-3541
14435573    +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 18 2020 18:17:19
             THE BANK OF NEW YORK MELLON,    c/o Bayview Loan Servicing, LLC,
             4425 Ponce De Leon Blvd., 5th Floor,    Coral Gables, FL 33146-1837
14395854    +E-mail/Text: megan.harper@phila.gov Feb 18 2020 18:17:33     Water Revenue Bureau,
             c/o City of Philadelphia Law Dept.,    1401 JFK Blvd., 5th Floor,    Philadelphia, PA 19102-1663
14438337    +E-mail/Text: megan.harper@phila.gov Feb 18 2020 18:17:33     Water Revenue Bureau,
             c/o City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
             1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
                                                                                               TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr*             THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    P.O. Box 10826,
                 Greenville, SC 29603-0826
cr*             THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    P.O. Box 10826,
                 Greenville, SC 29603-0826
14435057*      +THE BANK OF NEW YORK MELLON,    Bayview Loan Servicing, LLC,
                4425 Ponce De Leon Blvd., 5th Floor,    Coral Gables FL 33146-1837
14468753*       THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    P.O. Box 10826,
                 Greenville, SC 29603-0826
                                                                                   TOTALS: 1, * 4, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Joan                 Page 2 of 2                   Date Rcvd: Feb 18, 2020
                              Form ID: 167               Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 18, 2020 at the address(es) listed below:
              BRADLY E ALLEN    on behalf of Debtor Tatyna  Petrosov bealaw@verizon.net
              KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2006-OA19), bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC pa-bk@logs.com
              KEVIN S. FRANKEL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com
              MICHAEL J. CLARK    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               mjclark@logs.com
              MORRIS ANTHONY SCOTT    on behalf of Creditor    Bayview Loan Servicing, LLC pabk@logs.com
              REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2006-OA19), bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Tatyna Petrosov
    Debtor(s)

Case No: 19−16061−jkf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*

Motion to Approve Loan Modification Filed by JPMORGAN CHASE BANK, NATIONAL ASSOCIATION Represented by KRISTEN D. LITTLE (Counsel).

    on: 3/11/20

    at: 09:30 AM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  2/18/20

Timothy B. McGrath
Clerk of Court

37 − 32
Form 167