IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Tatyna Petrosov a/k/a Tanya Petrosov, Debtor. | CHAPTER 13 |
| JPMorgan Chase Bank, National Association, Movant, v. Tatyna Petrosov a/k/a Tanya Petrosov, Debtor, Scott Waterman, Trustee, Additional Respondent. | BANKRUPTCY CASE NUMBER 19-16061/JKF  11 U.S.C. § 362 |

**O R D E R**

AND NOW, this __11th__ day of __March__, 2020, upon the consideration of the Motion to Approve Loan Modification, no objections having been filed after notice, and finding cause to grant said Motion, it is hereby ORDERED and DECREED that Debtor's Loan Modification with JPMorgan Chase Bank, National Association with respect to the property located at 751 Magee Avenue, Philadelphia, PA 19111 is hereby APPROVED

BY THE COURT:

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE