United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-16061-jkf
Tatyna Petrosov                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: SaraR           Page 1 of 1           Date Rcvd: Mar 11, 2020
                              Form ID: pdf900       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2020.
db         +Tatyna Petrosov,    751 Magee Avenue,    Philadelphia, PA 19111-4717
cr          THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    P.O. Box 10826,
             Greenville, SC  29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 12 2020 03:43:32
             JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    7255 Baymeadows Way,    ATTN: JAXB2007,
             Jacksonville, FL  32256
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           BANK OF AMERICA, N.A.
cr*          THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    P.O. Box 10826,
              Greenville, SC  29603-0826
                                                                                TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2020 at the address(es) listed below:
              BRADLY E ALLEN    on behalf of Debtor Tatyna  Petrosov bealaw@verizon.net
              KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2006-OA19), bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC pa-bk@logs.com
              KEVIN S. FRANKEL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com
              MICHAEL J. CLARK    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               mjclark@logs.com
              MORRIS ANTHONY SCOTT    on behalf of Creditor    Bayview Loan Servicing, LLC pabk@logs.com
              REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2006-OA19), bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Tatyna Petrosov a/k/a Tanya Petrosov, Debtor. | CHAPTER 13 |
| JPMorgan Chase Bank, National Association, Movant, v. Tatyna Petrosov a/k/a Tanya Petrosov, Debtor, Scott Waterman, Trustee, Additional Respondent. | BANKRUPTCY CASE NUMBER 19-16061/JKF<br><br>11 U.S.C. § 362 |

**O R D E R**

AND NOW, this __11th__ day of __March__, 2020, upon the consideration of the Motion to Approve Loan Modification, no objections having been filed after notice, and finding cause to grant said Motion, it is hereby ORDERED and DECREED that Debtor's Loan Modification with JPMorgan Chase Bank, National Association with respect to the property located at 751 Magee Avenue, Philadelphia, PA 19111 is hereby APPROVED

BY THE COURT:

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE