UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Tatyna Petrosov<br><br>           Debtor | Chapter 13<br>Bankruptcy No.19-16061-JKF |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 8th day of April, 2020, by first class mail upon those listed below:

Tatyna Petrosov
751 Magee Avenue
Philadelphia, PA  19111

**Electronically via CM/ECF System Only:**

BRADLY E ALLEN ESQ
7711 CASTOR AVENUE
PHILADELPHIA, PA  19152


                                                            */s/ Deborah A. Earnshaw*
                                                            Deborah A. Earnshaw
                                                            for
                                                            Scott F. Waterman, Esquire
                                                            Standing Chapter 13 Trustee