IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>TATYNA PETROSOV<br>AKA TANYA PETROSOV,<br><br>    Debtor,<br><br>SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT FOR MEB LOAN TRUST III,<br><br>    Movant,<br><br>        v.<br><br>TATYNA PETROSOV,<br>DMITRIY KOZLOV and<br>SCOTT F. WATERMAN, Trustee,<br><br>    Respondents. | Bankruptcy No.  19-16061-jkf<br><br>Chapter 13<br><br>Document No. |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on the 9th day of April, 2020, I served a copy of the Motion for Relief from Automatic Stay and Co-Debtor Stay (filed at Document No. 50) and a copy of the Notice of Motion, Hearing Date and Response Deadline (filed at Document No. 51) by first class U.S. Mail, postage prepaid or electronic mail at the following addresses:

By First Class U.S. Mail:

Dmitriy Kozlov
751 Magee Avenue
Philadelphia, PA 19111

By Electronic Service or Electronic Notification:

Bradly E. Allen
Law Offices of Bradly Allen
7711 Castor Avenue
Philadelphia, PA 19152
bealaw@verizon.net

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com

Office of the United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
ustpregion03.ph.ecf@usdoj.gov

                                            BERNSTEIN-BURKLEY, P.C.

                                            By:/s/*Keri P. Ebeck*
                                            Keri P. Ebeck, Esq.
                                            PA I.D. # 91298
                                            707 Grant Street
                                            Suite 2200, Gulf Tower
                                            Pittsburgh, PA 15219
                                            (412) 456-8112
                                            Fax: (412) 456-8135