## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Tatyna Petrosov                     :        CHAPTER 13

                                       :

                                       :        NO. 19-16061/jkf

## CERTIFICATION OF SERVICE

I, Bradly E. Allen, Esquire  certify that on April 17, 2020 the

following parties were served electronically Debtor's Answer to Motion for Relief of Specialized Loan Servicing, LLC:

William C. Miller, Chapter 7 Trustee

U.S. Trustee's Office

Keri P. Ebeck
on behalf of Specialized Loan Servicing, LLC

The following party was notified by first class mail:

Tatyna Petrosov
751 Magee Ave.
Philadelphia, PA 19111

                                                      s/**Bradly E. Allen**
                                                      **BRADLY E. ALLEN,**
                                                      **Attorney for Debtor**