**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    Tatyna Petrosov                      :        CHAPTER 13

                                        :

                                        :        NO. 19-16061/jkf

**AMENDED
CERTIFICATION OF SERVICE**

I, Bradly E. Allen, Esquire  certify that on April 17, 2020 the following parties were served electronically Debtor's Answer to Motion for Relief of Specialized Loan Servicing, LLC:

Scott F. Waterman, Chapter 13 Trustee

U.S. Trustee's Office

Keri P. Ebeck
on behalf of Specialized Loan Servicing, LLC

The following party was notified by first class mail:

Tatyna Petrosov
751 Magee Ave.
Philadelphia, PA 19111

                                        s/**Bradly E. Allen**
                                        **BRADLY E. ALLEN,
                                        Attorney for Debtor**