# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              :    Chapter  13

Tatyna Petrosov                                     :    Bankruptcy No. 19-16061/jkf

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

Bradly E. Allen, attorney for Debtor, Tatyna Petrosov has filed an objection to the Proof of Claim you filed in this bankruptcy case.

<u>Your claim may be reduced, modified or elimated</u>. You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Jean K. Fitzsimon, on June 10, 2020, at 9:30 a.m. in Courtroom No. 3  , United States Bankruptcy Court, 900 Market St., Philadelphia, PA  19107.  If you or your attorney do not attend the hearing on the objection,the court may decide that you do not oppose the objection to your claim.

Dated:  May 8, 2020                          Attorney for Objection:

**/s/Bradly E. Allen**
Bradly E. Allen, Esquire
7711 Castor Ave.
Philadelphia, PA 19152
Phone: 215-725-4242
Fax:  215-725-8288