## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
**Tatyna Petrosov**

: CHAPTER 13

: NO. 19-16061/jkf

### CERTIFICATION OF SERVICE

I, BRADLY E. ALLEN, attorney for Debtor, Tatyna Petrosov hereby certify that on May 8, 2020, I mailed by, regular first class mail, a true and correct of Debtor's Objections to Proof of Claim of Bank of America, N.A., LLC along with Notice of Objection to Claim and hearing date to the following parties :

Janet Spears, Esquire
on behalf of Bank of America
Aldridge Pite, LLP
4375 Jutland Drive
San Diego, CA  92117

Tatyna Petrosov
751 Magee Ave.
Philadelphia, PA 19111

I, Bradly E. Allen, further certify that the following parties were served electronically:

William C. Miller, Chapter 13 Trustee

U.S. Trustee's Office

**/s/Bradly E. Allen**
BRADLY E. ALLEN ,
Attorney for Debtor
7711 Castor Ave.
Philadelphia, PA  19152
(215)725-4242