United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tatyna Petrosov  
    Debtor  

Case No. 19-16061-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: dlv    Page 1 of 1    Date Rcvd: May 19, 2020  
    Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14435573    +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 20 2020 03:42:49  
    THE BANK OF NEW YORK MELLON,   c/o Bayview Loan Servicing, LLC,  
    4425 Ponce De Leon Blvd., 5th Floor,   Coral Gables, FL 33146-1837

                                                              TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2020                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2020 at the address(es) listed below:

        BRADLY E ALLEN    on behalf of Debtor Tatyna  Petrosov bealaw@verizon.net  
        JOSHUA  DOMER    on behalf of Creditor   City of Philadelphia joshua.domer@phila.gov, karena.blaylock@phila.gov  
        KERI P EBECK    on behalf of Creditor   Specialized Loan Servicing, LLC as Servicing Agent for MEB Loan Trust III kebeck@bernsteinlaw.com,   jbluemle@bernsteinlaw.com  
        KEVIN G. MCDONALD    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-OA19), bkgroup@kmllawgroup.com  
        KEVIN S. FRANKEL    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC pa-bk@logs.com  
        KEVIN S. FRANKEL    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION pa-bk@logs.com  
        KRISTEN D. LITTLE    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION pabk@logs.com  
        MICHAEL JOHN CLARK    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION mjclark@logs.com  
        MORRIS ANTHONY SCOTT    on behalf of Creditor   Bayview Loan Servicing, LLC pabk@logs.com  
        REBECCA ANN SOLARZ    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-OA19), bkgroup@kmllawgroup.com  
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                              TOTAL: 12

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-16061-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Tatyna Petrosov
751 Magee Avenue
Philadelphia PA 19111

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/19/2020.

Name and Address of Alleged Transferor(s):

Claim No. 6: THE BANK OF NEW YORK MELLON, c/o Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146

Name and Address of Transferee:

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
P.O. Box 10826
Greenville, SC  29603-0826

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/21/20

Tim McGrath
**CLERK OF THE COURT**