IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>TATYNA PETROSOV<br>AKA TANYA PETROSOV,<br><br>Debtor,<br><br>SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT FOR MEB LOAN TRUST III,<br><br>Movant,<br><br>v.<br><br>TATYNA PETROSOV,<br>DMITRIY KOZLOV and<br>SCOTT F. WATERMAN, Trustee,<br><br>Respondents. | Bankruptcy No. 19-16061-jkf<br><br>Chapter 13<br><br>Document No. |

## ORDER OF COURT

AND NOW, this 27th day of May, 2020, upon consideration of the foregoing Six-Month Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT

_____
Hon. Jean K. Fitzsimon
U.S. Bankruptcy Court Chief Judge