```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                              Case No. 19-16061-jkf
Tatyna Petrosov                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: dlv              Page 1 of 2               Date Rcvd: May 27, 2020
                             Form ID: pdf900        Total Noticed: 8
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 29, 2020.
```
db            +Tatyna Petrosov,    751 Magee Avenue,    Philadelphia, PA 19111-4717
cr             THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    P.O. Box 10826,
                Greenville, SC  29603-0826
cr             THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    NewRez LLC DBA Shellpoint Mortgage Servi,
                P.O. Box 10826,    Greenville, SC  29603-0826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov May 28 2020 04:42:45     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 28 2020 04:42:21
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 28 2020 04:42:40     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: megan.harper@phila.gov May 28 2020 04:42:46     City of Philadelphia,
                City of Philadelphia Law Department,    c/o Joshua Domer,    1401 JFK Blvd. 5th Floor,
                Philadelphia, PA  19102
cr             E-mail/PDF: ais.chase.ebn@americaninfosource.com May 28 2020 04:47:54
                JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    7255 Baymeadows Way,    ATTN: JAXB2007,
                Jacksonville, FL  32256
                                                                                              TOTAL: 5
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BANK OF AMERICA, N.A.
cr*            THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,   P.O. Box 10826,
                Greenville, SC  29603-0826
cr*            THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,   P.O. Box 10826,
                Greenville, SC  29603-0826
cr*            THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,   P.O. Box 10826,
                Greenville, SC  29603-0826
                                                                                   TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 27, 2020 at the address(es) listed below:
```
              BRADLY E ALLEN    on behalf of Debtor Tatyna  Petrosov bealaw@verizon.net
              JOSHUA DOMER    on behalf of Creditor   City of Philadelphia joshua.domer@phila.gov,
               karena.blaylock@phila.gov
              KERI P EBECK    on behalf of Creditor    Specialized Loan Servicing, LLC as Servicing Agent for MEB
               Loan Trust III kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2006-OA19), bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC pa-bk@logs.com
              KEVIN S. FRANKEL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com
              MICHAEL JOHN CLARK    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               mjclark@logs.com
              MORRIS ANTHONY SCOTT    on behalf of Creditor    Bayview Loan Servicing, LLC pabk@logs.com
              REBECCA ANN SOLAR    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2006-OA19), bkgroup@kmllawgroup.com
```

```
District/off: 0313-2              User: dlv                  Page 2 of 2                  Date Rcvd: May 27, 2020
                                  Form ID: pdf900            Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                         TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Bankruptcy No. 19-16061-jkf |
|---|---|
| TATYNA PETROSOV AKA TANYA PETROSOV, | Chapter 13 |
| Debtor, | Document No. |
| SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT FOR MEB LOAN TRUST III, | |
| Movant, | |
| v. | |
| TATYNA PETROSOV, DMITRIY KOZLOV and SCOTT F. WATERMAN, Trustee, | |
| Respondents. | |

## ORDER OF COURT

AND NOW, this 27th day of May, 2020, upon consideration of the foregoing Six-Month Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT

_____
Hon. Jean K. Fitzsimon
U.S. Bankruptcy Court Chief Judge