**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                          :  CHAPTER  13

    TATYNA PETROSOV

                                              :  NO. 19-16061/JKF

                                              :

**ORDER**

AND NOW, this 11th day of June , 2020 upon consideration of Debtor's Objections to Proof of Claim No. 2 of Bank of America, N.A.  it is hereby ORDERED and DECREED that Debtor's Objections are granted and the Proof of Claim of Bank of America, N.A.. in the amount of $22,877.85 is disallowed and stricken from the record.

                                                                          _____
                                                                     HONORABLE JEAN K. FITZSIMON
                                                                     U.S. BANKRUPTCY JUDGE