United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tatyna Petrosov  
    Debtor

Case No. 19-16061-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: dlv     Page 1 of 1     Date Rcvd: Jun 11, 2020  
                  Form ID: pdf900     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2020.
```
db          +Tatyna Petrosov,    751 Magee Avenue,    Philadelphia, PA 19111-4717
cr           THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    P.O. Box 10826,
              Greenville, SC 29603-0826
cr           THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    NewRez LLC DBA Shellpoint Mortgage Servi,
              P.O. Box 10826,    Greenville, SC 29603-0826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 12 2020 03:41:38     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/Text: megan.harper@phila.gov Jun 12 2020 03:41:40     City of Philadelphia,
              City of Philadelphia Law Department,    c/o Joshua Domer,    1401 JFK Blvd. 5th Floor,
              Philadelphia, PA  19102
cr           E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 12 2020 03:48:00
              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    7255 Baymeadows Way,    ATTN: JAXB2007,
              Jacksonville, FL 32256
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr*             THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    P.O. Box 10826,
                 Greenville, SC 29603-0826
cr*             THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    P.O. Box 10826,
                 Greenville, SC 29603-0826
cr*             THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    P.O. Box 10826,
                 Greenville, SC 29603-0826
                                                                                   TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2020                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2020 at the address(es) listed below:
```
          BRADLY E ALLEN    on behalf of Debtor Tatyna  Petrosov bealaw@verizon.net
          JOSHUA  DOMER    on behalf of Creditor    City of Philadelphia joshua.domer@phila.gov,
           karena.blaylock@phila.gov
          KERI P EBECK    on behalf of Creditor    Specialized Loan Servicing, LLC as Servicing Agent for MEB
           Loan Trust III kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com
          KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2006-OA19), bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC pa-bk@logs.com
          KEVIN S. FRANKEL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pa-bk@logs.com
          KRISTEN D. LITTLE    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pabk@logs.com
          MICHAEL JOHN CLARK    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           mjclark@logs.com
          MORRIS ANTHONY SCOTT    on behalf of Creditor    Bayview Loan Servicing, LLC pabk@logs.com
          REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2006-OA19), bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 12
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 13

    TATYNA PETROSOV

: NO. 19-16061/JKF

:

**ORDER**

AND NOW, this 11th day of June, 2020 upon consideration of Debtor's Objections to Proof of Claim No. 2 of Bank of America, N.A. it is hereby ORDERED and DECREED that Debtor's Objections are granted and the Proof of Claim of Bank of America, N.A.. in the amount of $22,877.85 is disallowed and stricken from the record.

_____
HONORABLE JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE