**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---------------------------------------------------------x
In re:                                            :
                                                  :     Chapter 13
    TATYNA PETROSOV,                    :
                                                  :     Bankruptcy No. 19-16061 (AMC)
                    Debtor.          :
---------------------------------------------------------x

**PRAECIPE TO WITHDRAW OBJECTION**
**TO CONFIRMATION OF THE PLAN**

TO THE CLERK OF THE BANKRUPTCY COURT:

      Kindly withdraw the Objection to the Confirmation of the Plan (Docket No. 58) filed by the City of Philadelphia on April 21, 2020.

      Respectfully submitted,

      THE CITY OF PHILADELPHIA

Dated: July 2, 2020          By:    */s/ Joshua Domer*
                                            JOSHUA DOMER
                                            Assistant City Solicitor
                                            PA Attorney I.D. 319190
                                            Attorney for the City of Philadelphia
                                                  and/or
                                            Water Revenue Bureau
                                            City of Philadelphia Law Department
                                            Municipal Services Building
                                            1401 JFK Boulevard, 5th Floor
                                            Philadelphia, PA 19102-1595
                                            215-686-0519 (phone)
                                            Email: Joshua.Domer@phila.gov