# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **Tatyna Petrosov**                                                                       Case No.   **19-16061/amc**

                                          Debtor(s)                                               Chapter    **13**

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2020 a copy the Amended Chapter 13 Plan was served electronically or by regular United States mail to the Trustee and parties listed below.

Rebecca Ann Solarz
on behalf of The Bank of New York Mellon

Michael John Clark
on behalf of JP Morgan Chase Bank

Joshua Domer
on behalf of City of Philadephia

Keri P. Ebeck
on behalf of MEB Loan Trust

Kevin S. Frankel
on behalf of Bayview Loan Loan Servicing, LLC
and JP Morgan Chase Bank

Kristen D. Little
on behalf of JP Morgan Chase Bank

Kevin G. McDonald
on behalf of The Bank of New York Mellon

Morris Anthony Scott
on behalf of Bayview Loan Servicing

Scott F. Waterman, Chapter 13 Trustee

U.S. Trustee

Regular first class mail to:

City of Philadelphia
Law Tax & RevenueDept.
1401 JFK Blvd. 5th Fl.
Philadelphia, PA 19102

Tatyna Petrosov
751 Magee Ave.
Philadelphia, PA 19111

/s/ **Bradly E. Allen, Esquire**

**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242**