United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tatyna Petrosov  
      Debtor

Case No. 19-16061-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: dlv     Page 1 of 1     Date Rcvd: Aug 13, 2020  
                    Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2020.  
db           +Tatyna Petrosov,   751 Magee Avenue,   Philadelphia, PA 19111-4717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2020 at the address(es) listed below:

         BRADLY E ALLEN    on behalf of Debtor Tatyna  Petrosov bealaw@verizon.net  
         JOSHUA   DOMER    on behalf of Creditor   City of Philadelphia joshua.domer@phila.gov,  
          karena.blaylock@phila.gov  
         KERI P EBECK    on behalf of Creditor   Specialized Loan Servicing, LLC as Servicing Agent for MEB  
          Loan Trust III kebeck@bernsteinlaw.com,   jbluemle@bernsteinlaw.com  
         KEVIN G. MCDONALD    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,  
          AS TRUSTEE (CWALT 2006-OA19), bkgroup@kmllawgroup.com  
         KEVIN S. FRANKEL    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC pa-bk@logs.com  
         KEVIN S. FRANKEL    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
          pa-bk@logs.com  
         KRISTEN D. LITTLE    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
          pabk@logs.com,   klittle@logs.com  
         MICHAEL JOHN CLARK    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
          mjclark@logs.com  
         MORRIS ANTHONY SCOTT    on behalf of Creditor   Bayview Loan Servicing, LLC pabk@logs.com  
         REBECCA ANN SOLARZ    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,  
          AS TRUSTEE (CWALT 2006-OA19), bkgroup@kmllawgroup.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                 TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Tatyna Petrosov
        Debtor(s)

Chapter: 13
Bankruptcy No: 19−16061−amc

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this August 12, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                            Ashely M. Chan
                                            Judge ,
                                            United States Bankruptcy Court