Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
**Chapter 13 Case No. 19-16061-AMC**

Tatyna Petrosov  
751 Magee Avenue  
Philadelphia  PA    19111

Petition Filed Date: 09/26/2019  
341 Hearing Date: 12/13/2019  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/17/2019 | $2,540.00 | 2499240 Wm N | 12/31/2019 | $40.00 | 47047342341 | 12/31/2019 | $500.00 | 47047342340 |
| 12/31/2019 | $500.00 | 47047342339 | 12/31/2019 | $500.00 | 47047342338 | 12/31/2019 | $500.00 | 47047342337 |
| 12/31/2019 | $500.00 | 47047342336 | 01/28/2020 | $300.00 | 19068377124 | 01/28/2020 | $300.00 | 19068377125 |
| 01/28/2020 | $300.00 | 19068377126 | 01/28/2020 | $300.00 | 19068377127 | 01/28/2020 | $300.00 | 19068377128 |
| 01/28/2020 | $300.00 | 19068377132 | 01/28/2020 | $300.00 | 19068377131 | 01/28/2020 | $300.00 | 19068377129 |
| 01/28/2020 | $100.00 | 19068377130 | 01/28/2020 | $40.00 | 19068377133 | 02/25/2020 | $1,000.00 | 26289812147 |
| 02/25/2020 | $1,000.00 | 26289812136 | 02/25/2020 | $540.00 | 26289812158 | 03/31/2020 | $40.00 | 47039186767 |
| 03/31/2020 | $500.00 | 47039186763 | 03/31/2020 | $500.00 | 47039186764 | 03/31/2020 | $500.00 | 47039186766 |
| 03/31/2020 | $500.00 | 47039186765 | 03/31/2020 | $500.00 | 47039186762 | 04/28/2020 | $40.00 | 47039368403 |
| 04/28/2020 | $500.00 | 47039368402 | 04/28/2020 | $500.00 | 47039368406 | 04/28/2020 | $500.00 | 47039368405 |
| 04/28/2020 | $500.00 | 47039368404 | 04/28/2020 | $500.00 | 47039368407 | 05/05/2020 | $190.00 | 19084723495 |
| 05/05/2020 | $500.00 | 19084723494 | 05/05/2020 | $400.00 | 19084723187 | 05/05/2020 | $500.00 | 19084723186 |
| 05/05/2020 | $950.00 | 77727087911 | 06/02/2020 | $320.00 | 19109781223 | 06/02/2020 | $420.00 | 19084723449 |
| 06/02/2020 | $800.00 | 19096130880 | 06/02/2020 | $500.00 | 19109781222 | 06/02/2020 | $500.00 | 19084723448 |
| 07/06/2020 | $450.00 | 41048716585 | 07/06/2020 | $90.00 | 19120143766 | 07/06/2020 | $500.00 | 19120143763 |
| 07/06/2020 | $500.00 | 47048716584 | 07/06/2020 | $500.00 | 19120143765 | 07/06/2020 | $500.00 | 19120143764 |
| 08/03/2020 | $450.00 | 47048717038 | 08/03/2020 | $500.00 | 47048717037 | 08/03/2020 | $1,000.00 | 26556492216 |
| 08/03/2020 | $900.00 | 26556492227 | 08/03/2020 | $950.00 | 208238296255 | | | |

**Total Receipts for the Period:  $26,660.00     Amount Refunded to Debtor Since Filing:  $0.00     Total Receipts Since Filing: $26,660.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Tatyna Petrosov | Debtor Refunds | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-16061-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $26,660.00 | Current Monthly Payment: | $3,800.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($2,540.00) |
| Paid to Trustee: | $2,500.90 | Total Plan Base: | $214,120.00 |
| Funds on Hand: | $24,159.10 | | |

### NOTES:

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.