Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2020 to 06/09/2021

**Chapter 13 Case No. 19-16061-AMC**

Tatyna Petrosov
751 Magee Avenue
Philadelphia PA 19111

Petition Filed Date: 09/26/2019
341 Hearing Date: 12/13/2019
Confirmation Date: 08/12/2020

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2020 | $300.00 | 19068377124 | 01/28/2020 | $300.00 | 19068377125 | 01/28/2020 | $300.00 | 19068377126 |
| 01/28/2020 | $300.00 | 19068377127 | 01/28/2020 | $300.00 | 19068377128 | 01/28/2020 | $300.00 | 19068377132 |
| 01/28/2020 | $300.00 | 19068377131 | 01/28/2020 | $300.00 | 19068377129 | 01/28/2020 | $100.00 | 19068377130 |
| 01/28/2020 | $40.00 | 19068377133 | 02/25/2020 | $1,000.00 | 26289812147 | 02/25/2020 | $1,000.00 | 26289812136 |
| 02/25/2020 | $540.00 | 26289812158 | 03/31/2020 | $40.00 | 47039186767 | 03/31/2020 | $500.00 | 47039186763 |
| 03/31/2020 | $500.00 | 47039186764 | 03/31/2020 | $500.00 | 47039186766 | 03/31/2020 | $500.00 | 47039186765 |
| 03/31/2020 | $500.00 | 47039186762 | 04/28/2020 | $40.00 | 47039368403 | 04/28/2020 | $500.00 | 47039368402 |
| 04/28/2020 | $500.00 | 47039368406 | 04/28/2020 | $500.00 | 47039368405 | 04/28/2020 | $500.00 | 47039368404 |
| 04/28/2020 | $500.00 | 47039368407 | 05/05/2020 | $190.00 | 19084723495 | 05/05/2020 | $500.00 | 19084723494 |
| 05/05/2020 | $400.00 | 19084723187 | 05/05/2020 | $500.00 | 19084723186 | 05/05/2020 | $950.00 | 77727087911 |
| 06/02/2020 | $320.00 | 19109781223 | 06/02/2020 | $420.00 | 19084723449 | 06/02/2020 | $800.00 | 19096130880 |
| 06/02/2020 | $500.00 | 19109781222 | 06/02/2020 | $500.00 | 19084723448 | 07/06/2020 | $450.00 | 41048716585 |
| 07/06/2020 | $90.00 | 19120143766 | 07/06/2020 | $500.00 | 19120143763 | 07/06/2020 | $500.00 | 47048716584 |
| 07/06/2020 | $500.00 | 19120143765 | 07/06/2020 | $500.00 | 19120143764 | 08/03/2020 | $450.00 | 47048717038 |
| 08/03/2020 | $500.00 | 47048717037 | 08/03/2020 | $1,000.00 | 26556492216 | 08/03/2020 | $900.00 | 26556492227 |
| 08/03/2020 | $950.00 | 208238296255 | 08/31/2020 | $300.00 | 19131641697 | 08/31/2020 | $500.00 | 19131641692 |
| 08/31/2020 | $500.00 | 19131641693 | 08/31/2020 | $500.00 | 19131641694 | 08/31/2020 | $500.00 | 19131641696 |
| 08/31/2020 | $500.00 | 19131641695 | 08/31/2020 | $500.00 | 19131641690 | 08/31/2020 | $500.00 | 19131641691 |
| 09/29/2020 | $300.00 | 47050528710 | 09/29/2020 | $500.00 | 47050528711 | 09/29/2020 | $500.00 | 47050528709 |
| 09/29/2020 | $500.00 | 47050528712 | 09/29/2020 | $500.00 | 47050277654 | 09/29/2020 | $500.00 | 47050277655 |
| 09/29/2020 | $500.00 | 47050277656 | 09/29/2020 | $500.00 | 47050277657 | 10/28/2020 | $500.00 | 19185182893 |
| 10/28/2020 | $300.00 | 19185182894 | 10/28/2020 | $500.00 | 19185182892 | 10/28/2020 | $500.00 | 19185182891 |
| 10/28/2020 | $500.00 | 19185182873 | 10/28/2020 | $500.00 | 19185182870 | 10/28/2020 | $500.00 | 19185182872 |
| 10/28/2020 | $500.00 | 19185182871 | 12/03/2020 | $300.00 | 19185182716 | 12/03/2020 | $500.00 | 19185182717 |
| 12/03/2020 | $500.00 | 19185182713 | 12/03/2020 | $500.00 | 19185182714 | 12/03/2020 | $500.00 | 19185182715 |
| 12/03/2020 | $500.00 | 19185182718 | 12/03/2020 | $500.00 | 47051167925 | 12/03/2020 | $500.00 | 47051167924 |
| 01/06/2021 | $300.00 | 47051182215 | 01/06/2021 | $500.00 | 47051182214 | 01/06/2021 | $500.00 | 47051182213 |
| 01/06/2021 | $500.00 | 47051182212 | 01/06/2021 | $500.00 | 19199308854 | 01/06/2021 | $500.00 | 19199308855 |
| 01/06/2021 | $500.00 | 19199308855 | 01/06/2021 | $500.00 | 19199308853 | 02/02/2021 | $300.00 | 47051178357 |
| 02/02/2021 | $500.00 | 19212690668 | 02/02/2021 | $500.00 | 19212690666 | 02/02/2021 | $500.00 | 19212690667 |
| 02/02/2021 | $500.00 | 47051178356 | 02/02/2021 | $500.00 | 47051178353 | 02/02/2021 | $500.00 | 47051178355 |
| 02/02/2021 | $500.00 | 47051178354 | 03/08/2021 | $300.00 | 19232252466 | 03/08/2021 | $500.00 | 19232252465 |
| 03/08/2021 | $500.00 | 19232252464 | 03/08/2021 | $500.00 | 47051741654 | 03/08/2021 | $500.00 | 47051741655 |
| 03/08/2021 | $500.00 | 47051741656 | 03/08/2021 | $500.00 | 47051741657 | 03/08/2021 | $500.00 | 47051741658 |
| 03/30/2021 | $300.00 | 47051742031 | 03/30/2021 | $500.00 | 19232252947 | 03/30/2021 | $500.00 | 47051742030 |
| 03/30/2021 | $80.00 | 19232253021 | 03/30/2021 | $500.00 | 19232253020 | 03/30/2021 | $500.00 | 19232253019 |
| 03/30/2021 | $500.00 | 19232253017 | 03/30/2021 | $500.00 | 19232253018 | 03/30/2021 | $420.00 | 19232252948 |
| 05/03/2021 | $500.00 | 47052274923 | 05/03/2021 | $300.00 | 19263680872 | 05/03/2021 | $500.00 | 19263680871 |

**Chapter 13 Case No. 19-16061-AMC**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/03/2021 | $500.00 | 47052274924 | 05/03/2021 | $500.00 | 47052274925 | 05/03/2021 | $500.00 | 47052274922 |
| 05/03/2021 | $500.00 | 19247859633 | 05/03/2021 | $500.00 | 19247859634 | 06/01/2021 | $300.00 | 47052275675 |
| 06/01/2021 | $500.00 | 47052275674 | 06/01/2021 | $500.00 | 19269517824 | 06/01/2021 | $500.00 | 19269517825 |
| 06/01/2021 | $500.00 | 19269517811 | 06/01/2021 | $500.00 | 19269517810 | 06/01/2021 | $500.00 | 19269517809 |
| 06/01/2021 | $500.00 | 19269517808 | | | | | | |

**Total Receipts for the Period: $59,580.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $64,660.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Tatyna Petrosov | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | JP MORGAN CHASE BANK NA<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | BANK OF AMERICA<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | NEWREZ LLC D/B/A<br>»» 003 | Secured Creditors | $75,714.53 | $21,883.47 | $53,831.06 |
| 4 | NEWREZ LLC D/B/A<br>»» 004 | Secured Creditors | $42,967.68 | $12,418.76 | $30,548.92 |
| 5 | NEWREZ LLC D/B/A<br>»» 005 | Secured Creditors | $13,440.94 | $3,884.80 | $9,556.14 |
| 6 | NEWREZ LLC D/B/A<br>»» 006 | Secured Creditors | $27,833.89 | $8,044.72 | $19,789.17 |
| 7 | SPECIALIZED LOAN SERVICING LLC<br>»» 007 | Mortgage Arrears | $7,985.58 | $2,308.03 | $5,677.55 |
| 8 | CITY OF PHILADELPHIA (LD)<br>»» 008 | Secured Creditors | $195.00 | $42.16 | $152.84 |
| 9 | CITY OF PHILADELPHIA (LD)<br>»» 09A | Secured Creditors | $3,060.46 | $884.56 | $2,175.90 |
| 10 | CITY OF PHILADELPHIA (LD)<br>»» 09B | Secured Creditors | $2,683.75 | $775.65 | $1,908.10 |
| 11 | CITY OF PHILADELPHIA (LD)<br>»» 09C | Secured Creditors | $428.01 | $116.11 | $311.90 |
| 12 | CITY OF PHILADELPHIA (LD)<br>»» 09D | Secured Creditors | $2,090.01 | $604.07 | $1,485.94 |
| 13 | CITY OF PHILADELPHIA (LD)<br>»» 10A | Secured Creditors | $503.36 | $136.52 | $366.84 |
| 14 | CITY OF PHILADELPHIA (LD)<br>»» 10B | Secured Creditors | $3,393.20 | $980.72 | $2,412.48 |
| 15 | CITY OF PHILADELPHIA (LD)<br>»» 10C | Secured Creditors | $2,850.56 | $823.90 | $2,026.66 |
| 16 | CITY OF PHILADELPHIA (LD)<br>»» 10D | Secured Creditors | $3,110.10 | $898.89 | $2,211.21 |
| 17 | CITY OF PHILADELPHIA (LD)<br>»» 10E | Secured Creditors | $327.78 | $94.73 | $233.05 |
| 18 | CITY OF PHILADELPHIA (LD)<br>»» 10F | Secured Creditors | $629.89 | $170.87 | $459.02 |
| 19 | CITY OF PHILADELPHIA (LD)<br>»» 10G | Secured Creditors | $422.96 | $114.76 | $308.20 |
| 20 | CITY OF PHILADELPHIA (LD)<br>»» 10H | Secured Creditors | $3,208.29 | $927.25 | $2,281.04 |
| 21 | CITY OF PHILADELPHIA (LD)<br>»» 10I | Secured Creditors | $1,604.14 | $463.66 | $1,140.48 |
| 0 | BRADLY E ALLEN ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-16061-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $64,660.00 | Current Monthly Payment: | $3,800.00 |
| Paid to Claims: | $55,573.63 | Arrearages: | ($2,540.00) |
| Paid to Trustee: | $5,616.90 | Total Plan Base: | $214,120.00 |
| Funds on Hand: | $3,469.47 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.