**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| **IN RE: TATYNA PETROSOV**<br>aka TANYA PETROSOV | NO.: 19-16061-amc<br>CHAPTER 13<br>JUDGE: AHSLEY M. CHAN |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of The Bank of New York Mellon fka The Bank of New York as Trustee for the CWALT Inc. Alternative Loan Trust 2005-59, Mortgage Pass Through Certificates, Series 2005-59 and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 8th day of November, 2021

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Tennessee Bar # 035733
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 8th of November 2021.

/s/ Joshua I. Goldman

Joshua I. Goldman, Esq
Tennessee Bar # 035733
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## SERVICE LIST (CASE NO. 19-16061-amc)

*DEBTOR*
TATYNA PETROSOV
751 MAGEE AVENUE
PHILADELPHIA, PA 19111

*ATTORNEY*
BRADLEY E. ALLEN
LAW OFFICES OF BRADLEY ALLEN
7711 CASTOR AVENUE
PHILADELPHIA, PA 19152

*TRUSTEE*
SCOTT F. WATERMAN
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE, SUITE 100
READING, PA 19606

*U.S. TRUSTEE*
UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET, SUITE 502
PHILADELPHIA, PA 19106