**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tatyna Petrosov a/k/a Tanya Petrosov<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 19-16061 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-56, Mortgage Pass-Through Certificates, Series 2005-56 and index same on the master mailing list.

                                       Respectfully submitted,

/s/ **Rebecca Solarz**
Rebecca Solarz
08 Nov 2021, 13:24:13, EST

                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 627-1322