# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: Tatyna Petrosov, Debtor(s)

Case No. 19-16061/amc
Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2021 a copy Debtor's Response to Motion for Relief of The Bank of New York Mellon, et al was served electronically or by regular United States mail to the Trustee and parties listed below.

Rebecca Ann Solarz
on behalf of The Bank of New York Mellon

Kevin G. McDonald
on behalf of The Bank of New York Mellon

Michael J. Shavel
on behalf of The Bank of New York Mellon

Scott F. Waterman, Chapter 13 Trustee

U.S. Trustee

Regular first class mail to:

Tatyna Petrosov
751 Magee Ave.
Philadelphia, PA 19111

/s/ Bradly E. Allen, Esquire

**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242**