# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **Tatyna Petrosov aka Tanya Petrosov**<br>Debtor | CASE NO.: 19-16061-amc |

### ORDER APPROVING THE STIPULATION RESOLVING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, this _____ day of _____, 2022, it is hereby ORDERED that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

**BY THE COURT:**

_____

**Ashely M. Chan**
**United States Bankruptcy Judge**

**Date: February 16, 2022**