## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: **Tatyna Petrosov**, Debtor(s)

Case No. **19-16061/amc**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2022 a copy Debtor's Response to Motion for Relief of Newrez, LLC d/b/a Shellpoint Mortgage Servicing, et al was served electronically or by regular United States mail to the Trustee and parties listed below.

Angela C. Pattison, Esquire
on behalf of Newrez, LLC et al

Scott F. Waterman, Chapter 13 Trustee

U.S. Trustee

Regular first class mail to:

Tatyna Petrosov
751 Magee Ave.
Philadelphia, PA 19111

/s/ Bradly E. Allen, Esquire

Bradly E. Allen
7711 Castor Avenue
Philadelphia, PA 19152
215-725-4242