UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **Tatyna Petrosov aka Tanya Petrosov** | CASE NO.: 19-16061-amc |
| Debtor. | |

### ORDER APPROVING THE STIPULATION RESOLVING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**AND NOW**, this _____ day of _____, 2022, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

BY THE COURT:

**Date: June 22, 2022**

_____
Ashely M. Chan
United States Bankruptcy Judge

Case Administrator to mail:

Cc:  Scott F. Waterman., Chapter 13 Trustee
     Debtor: Tatyna Petrosov at 751 Magee Avenue, Philadelphia, PA 19111
     Counsel for Debtor: Bradley E. Allen, Esquire,
     Counsel for Movant: Angela C. Pattison, Esquire