| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-16061-AMC

| | |
|---|---|
| Tatyna Petrosov | Petition Filed Date: 09/26/2019 |
| 751 Magee Avenue | 341 Hearing Date: 12/13/2019 |
| Philadelphia  PA    19111 | Confirmation Date: 08/12/2020 |

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/03/2021 | $500.00 | 47052274923 | 05/03/2021 | $300.00 | 19263680872 | 05/03/2021 | $500.00 | 19263680871 |
| 05/03/2021 | $500.00 | 47052274924 | 05/03/2021 | $500.00 | 47052274925 | 05/03/2021 | $500.00 | 47052274922 |
| 05/03/2021 | $500.00 | 19247859633 | 05/03/2021 | $500.00 | 19247859634 | 06/01/2021 | $300.00 | 47052275675 |
| 06/01/2021 | $500.00 | 47052275674 | 06/01/2021 | $500.00 | 19269517824 | 06/01/2021 | $500.00 | 19269517825 |
| 06/01/2021 | $500.00 | 19269517811 | 06/01/2021 | $500.00 | 19269517810 | 06/01/2021 | $500.00 | 19269517809 |
| 06/01/2021 | $500.00 | 19269517808 | 06/29/2021 | $500.00 | 19269517851 | 06/29/2021 | $300.00 | 19282813356 |
| 06/29/2021 | $440.00 | 19269517852 | 06/29/2021 | $500.00 | 47052662124 | 06/29/2021 | $500.00 | 47052662125 |
| 06/29/2021 | $500.00 | 47052662126 | 06/29/2021 | $500.00 | 47052662127 | 06/29/2021 | $60.00 | 47052662128 |
| 06/29/2021 | $500.00 | 19282813355 | 07/30/2021 | $200.00 | 19293336156 | 07/30/2021 | $300.00 | 19293336154 |
| 07/30/2021 | $300.00 | 19293336155 | 07/30/2021 | $500.00 | 19283219316 | 07/30/2021 | $500.00 | 19283129317 |
| 07/30/2021 | $500.00 | 19283219410 | 07/30/2021 | $500.00 | 19283219407 | 07/30/2021 | $500.00 | 19283219409 |
| 07/30/2021 | $500.00 | 19283219408 | 08/30/2021 | $300.00 | 19298427565 | 08/30/2021 | $500.00 | 19297266465 |
| 08/30/2021 | $500.00 | 19298427564 | 08/30/2021 | $500.00 | 19297266755 | 08/30/2021 | $500.00 | 19297266754 |
| 08/30/2021 | $500.00 | 19297266753 | 08/30/2021 | $500.00 | 19297266757 | 08/30/2021 | $500.00 | 19297266756 |
| 09/28/2021 | $300.00 | 19307714198 | 09/28/2021 | $500.00 | 19000343736 | 09/28/2021 | $500.00 | 19000343734 |
| 09/28/2021 | $500.00 | 19000343733 | 09/28/2021 | $500.00 | 19000343735 | 09/28/2021 | $500.00 | 19000343737 |
| 09/28/2021 | $500.00 | 19297266137 | 09/28/2021 | $500.00 | 19307714197 | 11/02/2021 | $400.00 | 19018426677 |
| 11/02/2021 | $400.00 | 19018426676 | 11/02/2021 | $500.00 | 47053847029 | 11/02/2021 | $500.00 | 19018977467 |
| 11/02/2021 | $500.00 | 19018977466 | 11/02/2021 | $500.00 | 19018977466 | 11/02/2021 | $500.00 | 47053847032 |
| 11/02/2021 | $500.00 | 47053847031 | 11/29/2021 | $300.00 | 19340332859 | 11/29/2021 | $500.00 | 19340332817 |
| 11/29/2021 | $500.00 | 19340332816 | 11/29/2021 | $500.00 | 19340332811 | 11/29/2021 | $500.00 | 19340332809 |
| 11/29/2021 | $500.00 | 19340332808 | 11/29/2021 | $500.00 | 19340332810 | 11/29/2021 | $500.00 | 19340332858 |
| 12/28/2021 | $300.00 | 19340332574 | 12/28/2021 | $500.00 | 19340332565 | 12/28/2021 | $500.00 | 19340332573 |
| 12/28/2021 | $500.00 | 19340332572 | 12/28/2021 | $500.00 | 19340332561 | 12/28/2021 | $500.00 | 19340332562 |
| 12/28/2021 | $500.00 | 19340332563 | 12/28/2021 | $500.00 | 19340332564 | 02/08/2022 | $3,800.00 | |
| 03/04/2022 | $3,800.00 | | 04/04/2022 | $3,800.00 | | 05/02/2022 | $3,800.00 | |
| 06/02/2022 | $3,800.00 | | 07/05/2022 | $3,800.00 | | 08/01/2022 | $3,800.00 | |

**Total Receipts for the Period:  $60,800.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $117,860.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Tatyna Petrosov | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | JP MORGAN CHASE BANK NA<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-16061-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 2 | BANK OF AMERICA<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | NEWREZ LLC  D/B/A<br>»» 003 | Secured Creditors | $75,714.53 | $40,989.74 | $34,724.79 |
| 4 | NEWREZ LLC  D/B/A<br>»» 004 | Secured Creditors | $42,967.68 | $23,261.51 | $19,706.17 |
| 5 | NEWREZ LLC  D/B/A<br>»» 005 | Secured Creditors | $13,440.94 | $7,276.56 | $6,164.38 |
| 6 | NEWREZ LLC  D/B/A<br>»» 006 | Secured Creditors | $27,833.89 | $15,068.49 | $12,765.40 |
| 7 | SPECIALIZED LOAN SERVICING LLC<br>»» 007 | Mortgage Arrears | $7,985.58 | $4,323.16 | $3,662.42 |
| 8 | CITY OF PHILADELPHIA (LD)<br>»» 008 | Secured Creditors | $195.00 | $94.94 | $100.06 |
| 9 | CITY OF PHILADELPHIA (LD)<br>»» 09A | Secured Creditors | $3,060.46 | $1,656.87 | $1,403.59 |
| 10 | CITY OF PHILADELPHIA (LD)<br>»» 09B | Secured Creditors | $2,683.75 | $1,452.85 | $1,230.90 |
| 11 | CITY OF PHILADELPHIA (LD)<br>»» 09C | Secured Creditors | $428.01 | $223.94 | $204.07 |
| 12 | CITY OF PHILADELPHIA (LD)<br>»» 09D | Secured Creditors | $2,090.01 | $1,131.50 | $958.51 |
| 13 | CITY OF PHILADELPHIA (LD)<br>»» 10A | Secured Creditors | $503.36 | $263.33 | $240.03 |
| 14 | CITY OF PHILADELPHIA (LD)<br>»» 10B | Secured Creditors | $3,393.20 | $1,836.98 | $1,556.22 |
| 15 | CITY OF PHILADELPHIA (LD)<br>»» 10C | Secured Creditors | $2,850.56 | $1,543.22 | $1,307.34 |
| 16 | CITY OF PHILADELPHIA (LD)<br>»» 10D | Secured Creditors | $3,110.10 | $1,683.74 | $1,426.36 |
| 17 | CITY OF PHILADELPHIA (LD)<br>»» 10E | Secured Creditors | $327.78 | $165.53 | $162.25 |
| 18 | CITY OF PHILADELPHIA (LD)<br>»» 10F | Secured Creditors | $629.89 | $329.53 | $300.36 |
| 19 | CITY OF PHILADELPHIA (LD)<br>»» 10G | Secured Creditors | $422.96 | $221.31 | $201.65 |
| 20 | CITY OF PHILADELPHIA (LD)<br>»» 10H | Secured Creditors | $3,208.29 | $1,736.83 | $1,471.46 |
| 21 | CITY OF PHILADELPHIA (LD)<br>»» 10I | Secured Creditors | $1,604.14 | $868.47 | $735.67 |
| 0 | BRADLY E ALLEN ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-16061-AMC**

| SUMMARY |
| :---: |

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
| --- | --- | --- | --- |
| Total Receipts: | $117,860.00 | Current Monthly Payment: | $3,800.00 |
| Paid to Claims: | $104,128.50 | Arrearages: | ($2,540.00) |
| Paid to Trustee: | $10,176.90 | Total Plan Base: | $214,120.00 |
| Funds on Hand: | $3,554.60 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.