# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: **Tatyna Petrosov**
Debtor(s)

Case No. **19-16061/amc**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2022 a copy of Debtor's Response to Motion for Relief of The Bank of New York Mellon, et al was served electronically or by regular United States mail to the Trustee and parties listed below.

Rebecca Solarz, Esquire
on behalf of The Bank of New York

Scott F. Waterman, Chapter 13 Trustee

U.S. Trustee

Regular first class mail to:

Tatyna Petrosov
751 Magee Ave.
Philadelphia, PA 19111

/s/ Bradly E. Allen, Esquire

**Bradly E. Allen
7711 Castor Avenue
Philadelphia, PA 19152
215-725-4242**