*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Tatyna Petrosov
    Debtor(s)

Case No: 19−16061−amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

***RESCHEDULING NOTICE***
Motion for Relief from Stay re: 6935 Shelbourne Street, Philadelphia, PA 19111. Fee Amount $188.00,, in addition to Motion for Relief from Co−Debtor Stay co-debtor, Dmitry Kozlov Filed by The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005−56, Mortgage Pass−Through Certificates, Series 2005−56 Represented by REBECCA ANN SOLARZ (Counsel).

on: 9/21/22

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date:  9/8/22

Timothy B. McGrath
Clerk of Court

120 − 116
Form 167