United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16061-amc |
| Tatyna Petrosov | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 08, 2022 | Form ID: 167 | Total Noticed: 9 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tatyna Petrosov, 751 Magee Avenue, Philadelphia, PA 19111-4717 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: megan.harper@phila.gov | Sep 08 2022 23:58:00 | City of Philadelphia, City of Philadelphia Law Department, c/o Joshua Domer, 1401 JFK Blvd. 5th Floor, Philadelphia, PA 19102 |
| cr | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 09 2022 00:03:18 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, 7255 Baymeadows Way, ATTN: JAXB2007, Jacksonville, FL 32256 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 08 2022 23:58:00 | MEB Loan Trust III, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | | Email/Text: mtgbk@shellpointmtg.com | Sep 08 2022 23:57:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, NewRez LLC DBA Shellpoint Mortgage Servi, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | | Email/Text: mtgbk@shellpointmtg.com | Sep 08 2022 23:57:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14395844 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 08 2022 23:57:00 | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 14451118 | + | Email/Text: ecfbnc@aldridgepite.com | Sep 08 2022 23:58:00 | Bank of America, NA, Janet M. Spears, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14395845 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 08 2022 23:57:00 | Bank of America,N.A., P.O. Box 31785, Tampa, FL 33631-3785 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 10, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2022 at the address(es) listed below:

**Name**               **Email Address**

ANGELA CATHERINE PATTISON
   on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-76, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-76 c/o Shell apattison@hillwallack.com, apattison@ecf.courtdrive.com

BRADLY E ALLEN
   on behalf of Debtor Tatyna Petrosov bealaw@verizon.net

JOSHUA DOMER
   on behalf of Creditor City of Philadelphia joshua.domer@phila.gov Edelyne.Jean-Baptiste@Phila.gov

JOSHUA I. GOLDMAN
   on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CWALT INC. ALTERNATIVE LOAN TRUST 2005-59  MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-59, c/o Shellpoint Mortgage Servicing Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

KAITLIN D. SHIRE
   on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA19, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA19 c kshire@hillwallack.com, lharkins@ecf.courtdrive.com

KERI P EBECK
   on behalf of Creditor Specialized Loan Servicing  LLC as Servicing Agent for MEB Loan Trust III kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

KEVIN G. MCDONALD
   on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWALT 2006-OA19), bkgroup@kmllawgroup.com

KEVIN S. FRANKEL
   on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pa-bk@logs.com

KEVIN S. FRANKEL
   on behalf of Creditor BAYVIEW LOAN SERVICING  LLC pa-bk@logs.com

KRISTEN D. LITTLE
   on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION kdlittleecf@gmail.com

MICHAEL J. SHAVEL
   on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA19, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA19 c mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

MICHAEL JOHN CLARK
   on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION mclark@squirelaw.com

MORRIS ANTHONY SCOTT
   on behalf of Creditor Bayview Loan Servicing  LLC mscott@pincuslaw.com

REBECCA ANN SOLARZ
   on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-56, Mortgage Pass-Through Certificates, Series 2005-56 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 08, 2022 | Form ID: 167 | Total Noticed: 9 |

REBECCA ANN SOLARZ
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWALT 2006-OA19), bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 17

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Tatyna Petrosov
    Debtor(s)

Case No: 19−16061−amc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

***RESCHEDULING NOTICE***
Motion for Relief from Stay re: 6935 Shelbourne Street, Philadelphia, PA 19111. Fee Amount $188.00,, in addition to Motion for Relief from Co−Debtor Stay co−debtor, Dmitry Kozlov Filed by The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005−56, Mortgage Pass−Through Certificates, Series 2005−56 Represented by REBECCA ANN SOLARZ (Counsel).

on: 9/21/22

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date:  9/8/22

Timothy B. McGrath
Clerk of Court

120 − 116
Form 167