# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Tatyna Petrosov**　　　　　　　　　　　　　　　　　　　　　Case No.  **19-16061/amc**
　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2023 a copy of Debtor's Objections to Certification of Default of NewRez, LLC d/b/a Shellpoint Mortgage Servicing and Notice of Hearing for June 28, 2023 at 11:00 a.m. was served electronically or by regular United States mail to the Trustee and parties listed below.

Angela C. Pattison on behalf of
NewRez, LLC d/b/a Shellpoint Mortgage Servicing

Scott F. Waterman, Chapter 13 Trustee

U.S. Trustee

Regular first class mail to:

Tatyna Petrosov
751 Magee Ave.
Philadelphia, PA 19111


　　　　　　　　　　　　　　　　　　　　　　/s/ Bradly E. Allen, Esquire

　　　　　　　　　　　　　　　　　　　　　　**Bradly E. Allen**
　　　　　　　　　　　　　　　　　　　　　　**7711 Castor Avenue**
　　　　　　　　　　　　　　　　　　　　　　**Philadelphia, PA 19152**
　　　　　　　　　　　　　　　　　　　　　　**215-725-4242**