| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-16061-AMC

Tatyna Petrosov  
751 Magee Avenue  
Philadelphia  PA    19111

Petition Filed Date: 09/26/2019  
341 Hearing Date: 12/13/2019  
Confirmation Date: 08/12/2020

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2022 | $3,800.00 | | 09/01/2022 | $3,800.00 | | 10/03/2022 | $3,800.00 | |
| 11/01/2022 | $3,800.00 | | 12/02/2022 | $3,800.00 | | 01/04/2023 | $3,800.00 | |
| 02/01/2023 | $3,800.00 | | 03/06/2023 | $3,800.00 | | 04/03/2023 | $3,800.00 | |
| 05/02/2023 | $3,800.00 | | 06/02/2023 | $3,800.00 | | 07/05/2023 | $3,800.00 | |
| 08/01/2023 | $3,800.00 | | | | | | | |

**Total Receipts for the Period: $49,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $163,460.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Tatyna Petrosov | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | JP MORGAN CHASE BANK NA »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | BANK OF AMERICA »» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | NEWREZ LLC  D/B/A »» 003 | Secured Creditors | $75,714.53 | $57,434.88 | $18,279.65 |
| 4 | NEWREZ LLC  D/B/A »» 004 | Secured Creditors | $42,967.68 | $32,594.06 | $10,373.62 |
| 5 | NEWREZ LLC  D/B/A »» 005 | Secured Creditors | $13,440.94 | $10,195.93 | $3,245.01 |
| 6 | NEWREZ LLC  D/B/A »» 006 | Secured Creditors | $27,833.89 | $21,114.00 | $6,719.89 |
| 7 | SPECIALIZED LOAN SERVICING LLC »» 007 | Mortgage Arrears | $7,985.58 | $6,057.64 | $1,927.94 |
| 8 | CITY OF PHILADELPHIA (LD) »» 008 | Secured Creditors | $195.00 | $147.91 | $47.09 |
| 9 | CITY OF PHILADELPHIA (LD) »» 09A | Secured Creditors | $3,060.46 | $2,321.59 | $738.87 |
| 10 | CITY OF PHILADELPHIA (LD) »» 09B | Secured Creditors | $2,683.75 | $2,035.78 | $647.97 |
| 11 | CITY OF PHILADELPHIA (LD) »» 09C | Secured Creditors | $428.01 | $316.99 | $111.02 |
| 12 | CITY OF PHILADELPHIA (LD) »» 09D | Secured Creditors | $2,090.01 | $1,585.43 | $504.58 |
| 13 | CITY OF PHILADELPHIA (LD) »» 10A | Secured Creditors | $503.36 | $372.78 | $130.58 |
| 14 | CITY OF PHILADELPHIA (LD) »» 10B | Secured Creditors | $3,393.20 | $2,573.98 | $819.22 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | CITY OF PHILADELPHIA (LD) »» 10C | Secured Creditors | $2,850.56 | $2,162.34 | $688.22 |
| 16 | CITY OF PHILADELPHIA (LD) »» 10D | Secured Creditors | $3,110.10 | $2,359.26 | $750.84 |
| 17 | CITY OF PHILADELPHIA (LD) »» 10E | Secured Creditors | $327.78 | $236.86 | $90.92 |
| 18 | CITY OF PHILADELPHIA (LD) »» 10F | Secured Creditors | $629.89 | $466.46 | $163.43 |
| 19 | CITY OF PHILADELPHIA (LD) »» 10G | Secured Creditors | $422.96 | $313.23 | $109.73 |
| 20 | CITY OF PHILADELPHIA (LD) »» 10H | Secured Creditors | $3,208.29 | $2,433.67 | $774.62 |
| 21 | CITY OF PHILADELPHIA (LD) »» 10I | Secured Creditors | $1,604.14 | $1,216.87 | $387.27 |
| 0 | BRADLY E ALLEN ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $163,460.00 | Current Monthly Payment: | $3,800.00 |
| Paid to Claims: | $145,939.66 | Arrearages: | ($2,540.00) |
| Paid to Trustee: | $14,014.90 | Total Plan Base: | $214,120.00 |
| Funds on Hand: | $3,505.44 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.