**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

|  |  |
|---|---|
| **IN RE:**<br><br>**Tatyna Petrosov aka Tanya Petrosov**<br><br>**Debtor** | **CHAPTER 13**<br><br>**CASE NO.: 19-16061-amc**<br><br>**RELATED DOCUMENT:129** |

**PRAECIPE TO WITHDRAW CERTIFICATION OF DEFAULT**

A Certification of Default of Stipulation in Settlement of Motion for Relief From Stay

("Certification of Default") was filed in this action by NewRez LLC d/b/a Shellpoint Mortgage

Servicing as servicer for The Bank of New York Mellon fka the Bank of New York, as Trustee for

the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-76, Mortgage Pass-Through

Certificates, Series 2005-76 ("Movant"), by and through its counsel, Hill Wallack, LLP.

**PLEASE TAKE NOTICE** that the Movant hereby withdraws its Certification of

Default.

**HILL WALLACK, LLP**

By: */s/ Angela C. Pattison, Esq.*
Angela C. Pattison, Esq.,
Attorney ID 307611
Hill Wallack, LLP
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
Telephone 856-616-8086
Facsimile 856-616-8081
Email: apattison@hillwallack.com

Dated:  November 9, 2023

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

**IN RE:**

**Tatyna Petrosov aka Tanya Petrosov**


**Debtor**

**CHAPTER 13**

**CASE NO.: 19-16061-amc**

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I served or caused to be served the above-captioned pleading, Praecipe to Withdraw, on the parties below via First-Class Mail and Electronic Notification on **November 9, 2023,**

**Tatyna Petrosov**
751 Magee Avenue
Philadelphia, PA 19111
**Via Regular Mail**

**Bradley E. Allen, Esq.**
7711 Castor Avenue
Philadelphia, PA 19152
**Counsel for Debtor**
**Via ECF**

**Dmitry Kozlov**
751 Magee Avenue
Philadelphia, PA 19111
**Via Regular Mail**

**Scott F. Waterman, Esq.**
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606
**Chapter 13 Trustee**
**Via ECF**

Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
**United States Trustee**
**Via ECF**

Dated: November 9, 2023

**Respectfully submitted,**

By: /s/ Angela C. Pattison
Angela C. Pattison, Esq.,
Attorney ID 307611
Hill Wallack, LLP
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
Telephone 856-616-8086
Email: apattison@hillwallack.com