**United States Bankruptcy Court**
Eastern District of Pennsylvania

In re: **Tatyna Petrosov**, Debtor

Case No. **19-16061/amc**
Chapter **13**

## PRAECIPE TO WITHDRAW DEBTOR'S OBJECTIONS TO CERTIFICATION OF DEFAULT OF THE BANK OF NEW YORK MELLON ET AL

TO THE CLERK OF BANKRUPTCY COURT:

Kindly withdraw Debtor's Objections to Certification of Default of The Bank of New York Mellon, et al and cancel the hearing scheduled for November 15, 2023 at 11:00 a.m.

Respectfully submitted,

/s/Bradly E. Allen, Esquire
Attorney for Debtor, Tatyna Petrosov