# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: **Tatyna Petrosov**, Debtor(s)

Case No. **19-16061/amc**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2023 a copy of the Praecipe to Withdraw Debtor's Objections to Certification of Default of The Bank of New York Mellon, et al was served electronically or by regular United States mail to the Trustee and parties listed below.

Katlin D. Shire
on behalf of The Bank of New York et al

Michael J. Shavel
on behalf of The Bank of New York et al

Angela Pattison
on behalf of The Bank of New York et al

Scott F. Waterman, Chapter 13 Trustee

U.S. Trustee

Regular first class mail to:

Tatyna Petrosov
751 Magee Ave.
Philadelphia, PA 19111

/s/ Bradly E. Allen, Esquire

**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242**