Bradly E. Allen
Attorney at Law
I.D. No.: 35053
7711 Castor Avenue
Philadelphia, PA  19152
T:  (215) 725-4242
F:  (215) 724-8288
bealaw@verizon.net

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Tatyna F. Petrosov          :   CHAPTER 13
       Debtor

                                           :   CASE NO:  19-16061-amc

### CERTIFICATE OF SERVICE

I, Bradly E. Allen, Attorney for Debtor, do hereby certify that on April 22, 2024 I served either electronically or by regular, First Class Mail, a copy of Certificate of Debtor Education to the following:

Tatyna F. Petrosov
751 Magee Avenue
Philadelphia, PA  19111

Scott F. Waterman, Chapter 13 Trustee
Electronically

United States Trustee
Electronically

Dated:  April 22, 2024

                                                By:  /s/ Bradly E. Allen
                                                   Bradly E. Allen, Esquire
                                                   Attorney for Debtor