| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-16061-AMC**

Tatyna Petrosov
751 Magee Avenue
Philadelphia  PA    19111

Petition Filed Date: 09/26/2019
341 Hearing Date: 12/13/2019
Confirmation Date: 08/12/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2023 | $3,800.00 | | 09/01/2023 | $3,800.00 | | 10/02/2023 | $3,800.00 | |
| 11/01/2023 | $3,800.00 | | 12/04/2023 | $3,800.00 | | 01/03/2024 | $3,800.00 | |
| 02/01/2024 | $3,800.00 | | 03/05/2024 | $3,800.00 | | 04/01/2024 | $3,800.00 | |
| 05/02/2024 | $3,800.00 | | 06/04/2024 | $3,800.00 | | 07/02/2024 | $3,800.00 | |

**Total Receipts for the Period:  $45,600.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $209,060.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Tatyna Petrosov | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | JP MORGAN CHASE BANK NA<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | BANK OF AMERICA<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | NEWREZ LLC  D/B/A<br>»» 003 | Secured Creditors | $75,714.53 | $74,956.39 | $758.14 |
| 4 | NEWREZ LLC  D/B/A<br>»» 004 | Secured Creditors | $42,967.68 | $42,537.44 | $430.24 |
| 5 | NEWREZ LLC  D/B/A<br>»» 005 | Secured Creditors | $13,440.94 | $13,306.36 | $134.58 |
| 6 | NEWREZ LLC  D/B/A<br>»» 006 | Secured Creditors | $27,833.89 | $27,555.19 | $278.70 |
| 7 | NEWREZ LLC  D/B/A<br>»» 007 | Mortgage Arrears | $7,985.58 | $7,905.62 | $79.96 |
| 8 | CITY OF PHILADELPHIA (LD)<br>»» 008 | Secured Creditors | $195.00 | $182.65 | $12.35 |
| 9 | CITY OF PHILADELPHIA (LD)<br>»» 09A | Secured Creditors | $3,060.46 | $3,029.82 | $30.64 |
| 10 | CITY OF PHILADELPHIA (LD)<br>»» 09B | Secured Creditors | $2,683.75 | $2,656.88 | $26.87 |
| 11 | CITY OF PHILADELPHIA (LD)<br>»» 09C | Secured Creditors | $428.01 | $423.72 | $4.29 |
| 12 | CITY OF PHILADELPHIA (LD)<br>»» 09D | Secured Creditors | $2,090.01 | $2,069.08 | $20.93 |
| 13 | CITY OF PHILADELPHIA (LD)<br>»» 10A | Secured Creditors | $503.36 | $498.32 | $5.04 |
| 14 | CITY OF PHILADELPHIA (LD)<br>»» 10B | Secured Creditors | $3,393.20 | $3,359.22 | $33.98 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | CITY OF PHILADELPHIA (LD) »» 10C | Secured Creditors | $2,850.56 | $2,822.02 | $28.54 |
| 16 | CITY OF PHILADELPHIA (LD) »» 10D | Secured Creditors | $3,110.10 | $3,078.96 | $31.14 |
| 17 | CITY OF PHILADELPHIA (LD) »» 10E | Secured Creditors | $327.78 | $324.50 | $3.28 |
| 18 | CITY OF PHILADELPHIA (LD) »» 10F | Secured Creditors | $629.89 | $623.58 | $6.31 |
| 19 | CITY OF PHILADELPHIA (LD) »» 10G | Secured Creditors | $422.96 | $418.73 | $4.23 |
| 20 | CITY OF PHILADELPHIA (LD) »» 10H | Secured Creditors | $3,208.29 | $3,176.16 | $32.13 |
| 21 | CITY OF PHILADELPHIA (LD) »» 10I | Secured Creditors | $1,604.14 | $1,588.08 | $16.06 |
| 0 | BRADLY E ALLEN ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $209,060.00 | Current Monthly Payment: | $3,800.00 |
| Paid to Claims: | $190,512.72 | Arrearages: | $1,260.00 |
| Paid to Trustee: | $18,536.90 | Total Plan Base: | $214,120.00 |
| Funds on Hand: | $10.38 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.