Bradly E. Allen
Attorney at Law
I.D. No.: 35053
7711 Castor Avenue
Philadelphia, PA  19152
T:  (215) 725-4242
F:  (215) 724-8288
bealaw@verizon.net

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Tatyna F. Petrosov                :    CHAPTER 13
        Debtor

                                    :    CASE NO: 19-16061-amc

**CERTIFICATE OF SERVICE**

      I, Bradly E. Allen, Attorney for Debtor, do hereby certify that on September 17, 2024 I served either electronically or by regular, First Class Mail, a copy of Chapter 13 Debtor's Certifications Regarding Domestic Support Obligations and Section 522(q) to the following:

Tatyna F. Petrosov
751 Magee Avenue
Philadelphia, PA  19111

Scott F. Waterman, Chapter 13 Trustee
ECFMail@ReadingCh13.com
Electronically

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov
Electronically


Dated:  September 17, 2024

                                                          By:  /s/ Bradly E. Allen
                                                              Bradly E. Allen, Esquire
                                                              Attorney for Debtor