**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re **Tatyna Petrosov**

Debtor

Case No. **19-16061/amc**

Chapter **13**

## MOTION OF DEBTOR FOR DETERMINATION OF FINAL CURE

Debtor Tatyna Petrosov, by her counsel, Bradly E. Allen, objects to the Response of MEB Loan Trust III to Notice of Final Cure Payment and for a determination of Final Cure pursuant to Rule 3002.1 as follows:

1. MEB Loan Trust III filed a Response to Notice of Final Cure Payment stating that Debtor was behind on her post-petition mortgage payments through October of 2024 in the amount of $3,939.56.

2. Debtor objects to the Response to Notice of Final Cure Payment since Debtor states that she has made all of her post-petition mortgage payments through October of 2024.

3. Debtor will provide proof to MEB Loan Trust III that she has made all of her post-petition mortgage payments.

WHEREFORE, Debtor respectfully requests this Honorable Court to make a determination that Debtor has made all of her post-petition mortgage payments for her property at 751 Magee Avenue, Philadelphia, PA 19111.

Dated: December 2, 2024

/s/Bradly E. Allen, Esquire
Attorney for Debtor

United States Bankruptcy Court
Eastern District of Pennsylvania

In re **Tatyna Petrosov**        Case No. **19-16061/amc**
Debtor      Chapter **13**

## ORDER

On this the _____ day of _____ 2024, It is hereby ORDERED that after a Hearing on Debtor's Motion for a determination of Final Cure, in favor of Debtor, the court finds that she has made all of her post-petition mortgage payments in her Chapter 13 Bankruptcy for her property at 751 Magee Avenue, Philadelphia, PA 19111.

/s/_____
**HONORABLE ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**