# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Tatyna Petrosov** _____  Case No.  **19-16061/amc**
                                    Debtor(s)              Chapter    **13**

## CERTIFICATE OF SERVICE

I hereby certify that on Decenber 2, 2024 a copy of the Motion of Debtor For Determination of Final Cure and Notice of Hearing for January 15, 2025 at 10:00 a.m. was served electronically or by regular United States mail to the Trustee and parties listed below.

Angela C. Pattison on behalf of
NewRez, LLC d/b/a Shellpoint Mortgage Servicing
as servicer for MEB Loan Trust III

Scott F. Waterman, Chapter 13 Trustee

U.S. Trustee

Regular first class mail to:

Tatyna Petrosov
751 Magee Ave.
Philadelphia, PA 19111

/s/ Bradly E. Allen, Esquire

**Bradly E. Allen
7711 Castor Avenue
Philadelphia, PA 19152
215-725-4242**