**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

IN RE:

Tatyna Petrosov aka Tanya Petrosov

      Debtor.

CHAPTER 13

CASE NO.: 19-16061-amc

## RESPONSE TO MOTION OF DEBTOR FOR DETERMINATION OF FINAL CURE AND MORTGAGE PAYEMNT

TO THE HONORABLE JUDGE ASHELY M. CHAN:

COMES NOW, NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MEB Loan Trust III (the "Creditor'), hereby files its Response to Motion of Debtor for Determination of Final Cure and Mortgage Payment (the "Motion") filed on December 2, 2024 (Doc 161), and responds as follows:

## PRE-PETITION MORTGAGE ARREARAGE

1. The Creditor states that its pre-petition arrearage claim has been satisfied.

## ONGOING "CURRENT" MONTHLY MORTGAGE PAYMENTS

2. The Creditor agrees that the ongoing monthly mortgage payments are not current and the debtors owes for the months of December 15, 2023 to December 15, 2024 in the amount of $392.96 each for a total of $5,108.48 with $383.00 in suspense for a total due of $4,725.48. See attached the post-petition ledger.

Respectfully submitted.

*By:  /s/ Michael J. Shavel*
Michael J. Shavel, Esq.
Hill Wallack LLP
1000 Floral Vale Blvd, Suite 300
Yardley, PA 19067
Telephone 267-759-2071
Email: mshavel@hillwallack.com
ATTORNEYS  FOR  NewRez  LLC  d/b/a
Shellpoint Mortgage Servicing as servicer for
MEB Loan Trust III

| Post-Petition Due date | Date Received | Amount Received | Amount Due | Suspense Application | Suspense Balance |
|---|---|---|---|---|---|
| | | | | | |
| 10/15/2019 | 11/11/2019 | $397.87 | $392.96 | $ 4.91 | $ 4.91 |
| 11/15/2019 | 12/10/2019 | $397.87 | $392.96 | $ 4.91 | $ 9.82 |
| 12/15/2019 | 1/27/2020 | $397.87 | $368.99 | $ 28.88 | $ 38.70 |
| 1/15/2020 | | | | $ - | $ 38.70 |
| 2/15/2020 | | | | $ - | $ 38.70 |
| 3/15/2020 | | | | $ - | $ 38.70 |
| 4/15/2020 | | | | $ - | *AO En |
| 5/15/2020 | 6/1/2021 | $6,756.48 | $734.62 | $ 6,021.86 | $ 6,021.86 |
| 6/15/2020 | | | $734.62 | $ (734.62) | $ 5,287.24 |
| 7/15/2020 | | | $734.62 | $ (734.62) | $ 4,552.62 |
| 8/15/2020 | | | $734.62 | $ (734.62) | $ 3,818.00 |
| 9/15/2020 | | | $734.62 | $ (734.62) | $ 3,083.38 |
| 10/15/2020 | | | $734.62 | $ (734.62) | $ 2,348.76 |
| 11/15/2020 | | | $392.96 | $ (392.96) | $ 1,955.80 |
| 12/15/2020 | | | $392.96 | $ (392.96) | $ 1,562.84 |
| 1/15/2021 | | | $392.96 | $ (392.96) | $ 1,169.88 |
| 2/15/2021 | | | $392.96 | $ (392.96) | $ 776.92 |
| 3/15/2021 | | | $392.96 | $ (392.96) | $ 383.96 |
| 4/15/2021 | 6/23/2021 | $392.96 | $392.96 | $ - | $ 383.96 |
| 5/15/2021 | 7/23/2021 | $392.00 | $392.96 | $ (0.96) | $ 383.00 |
| 6/15/2021 | 8/19/2021 | $392.96 | $392.96 | $ - | $ 383.00 |
| 7/15/2021 | 9/22/2021 | $392.96 | $392.96 | $ - | $ 383.00 |
| 8/15/2021 | 10/20/2021 | $392.96 | $392.96 | $ - | $ 383.00 |
| 9/15/2021 | 11/24/2021 | $392.96 | $392.96 | $ - | $ 383.00 |
| 10/15/2021 | 12/29/2021 | $392.96 | $392.96 | $ - | $ 383.00 |
| 11/15/2021 | 2/3/2022 | $392.96 | $392.96 | $ - | $ 383.00 |
| 12/15/2021 | 3/3/2022 | $392.96 | $392.96 | $ - | $ 383.00 |
| 1/15/2022 | 3/24/2022 | $392.96 | $392.96 | $ - | $ 383.00 |
| 2/15/2022 | 5/3/2022 | $392.96 | $392.96 | $ - | $ 383.00 |
| 3/15/2022 | 6/1/2022 | $392.96 | $392.96 | $ - | $ 383.00 |
| 4/15/2022 | 7/1/2022 | $392.96 | $392.96 | $ - | $ 383.00 |
| 5/15/2022 | 7/29/2022 | $392.96 | $392.96 | $ - | $ 383.00 |
| 6/15/2022 | 8/22/2022 | $392.96 | $392.96 | $ - | $ 383.00 |
| 7/15/2022 | 9/21/2022 | $392.96 | $392.96 | $ - | $ 383.00 |
| 8/15/2022 | 11/7/2022 | $392.96 | $392.96 | $ - | $ 383.00 |
| 9/15/2022 | 12/8/2022 | $392.96 | $392.96 | $ - | $ 383.00 |
| 10/15/2022 | 1/6/2023 | $392.96 | $392.96 | $ - | $ 383.00 |
| 11/15/2022 | 3/15/2023 | $392.96 | $392.96 | $ - | $ 383.00 |
| 12/15/2022 | 5/4/2023 | $392.96 | $392.96 | $ - | $ 383.00 |

| 1/15/2023 | 5/30/2023 | $392.96 | $392.96 | $ - | $ 383.00 |
|---|---|---|---|---|---|
| 2/15/2023 | 6/28/2023 | $392.96 | $392.96 | $ - | $ 383.00 |
| 3/15/2023 | 8/3/2023 | $392.96 | $392.96 | $ - | $ 383.00 |
| 4/15/2023 | 9/21/2023 | $392.96 | $392.96 | $ - | $ 383.00 |
| 5/15/2023 | 11/20/2023 | $392.96 | $392.96 | $ - | $ 383.00 |
| 6/15/2023 | 12/28/2023 | $392.96 | $392.96 | $ - | $ 383.00 |
| 7/15/2023 | 2/8/2024 | $392.96 | $392.96 | $ - | $ 383.00 |
| 8/15/2023 | 4/22/2024 | $392.96 | $392.96 | $ - | $ 383.00 |
| 9/15/2023 | 7/5/2024 | $392.96 | $392.96 | $ - | $ 383.00 |
| 10/15/2023 | 9/12/2024 | $392.96 | $392.96 | $ - | $ 383.00 |
| 11/15/2023 | 10/10/2024 | $392.96 | $392.96 | $ - | $ 383.00 |
| 12/15/2023 | | | $392.96 | $ (392.96) | $ (9.96) |
| 1/15/2024 | | | $392.96 | $ (392.96) | $ (402.92) |
| 2/15/2024 | | | $392.96 | $ (392.96) | $ (795.88) |
| 3/15/2024 | | | $392.96 | $ (392.96) | $ (1,188.84) |
| 4/15/2024 | | | $392.96 | $ (392.96) | $ (1,581.80) |
| 5/15/2024 | | | $392.96 | $ (392.96) | $ (1,974.76) |
| 6/15/2024 | | | $392.96 | $ (392.96) | $ (2,367.72) |
| 7/15/2024 | | | $392.96 | $ (392.96) | $ (2,760.68) |
| 8/15/2024 | | | $392.96 | $ (392.96) | $ (3,153.64) |
| 9/15/2024 | | | $392.96 | $ (392.96) | $ (3,546.60) |
| 10/15/2024 | | | $ 392.96 | $ (392.96) | $ (3,939.56) |
| 11/15/2024 | | | $ 392.96 | $ (392.96) | $ (4,332.52) |
| 12/15/2024 | | | $ 392.96 | $ (392.96) | $ (4,725.48) |
| | | | | $ - | $ (4,725.48) |
| | | | | $ - | $ (4,725.48) |
| | | | | $ - | $ (4,725.48) |
| | | | | $ - | $ (4,725.48) |
| | | | | $ - | $ (4,725.48) |
| | | | | $ - | $ (4,725.48) |
| | | | | $ - | $ (4,725.48) |
| | | | | $ - | $ (4,725.48) |
| | | | | $ - | $ (4,725.48) |
| | | | | $ - | $ (4,725.48) |
| | | | | $ - | $ (4,725.48) |
| | | | | $ - | $ (4,725.48) |
| | | | | $ - | $ (4,725.48) |
| | | | | $ - | $ (4,725.48) |
| | | | | $ - | $ (4,725.48) |
| | | | | $ - | $ (4,725.48) |
| | | | | $ - | $ (4,725.48) |
| | | | | $ - | $ (4,725.48) |
| | | | | $ - | $ (4,725.48) |
| | | | | $ - | $ (4,725.48) |

| Loan Number | xxxxxxxxx |
|---|---|
| Debtor | Tatyna Petrosov |
| BK filed date | 9/26/2019 |
| BK Case # | 19-16061 |
| Loan Acquired | |
| Post Next Due | **12/15/2023** |
| Suspense | $ 383.00 |

ntered. Payments from 5/5/15 to 10/15/2020 to be at the amount of $734.62 to include arrears paymen

| Due Date | Due Amount | # Months | Total Due |
|---|---|---|---|
| 12/15/2023-12/15/2024 | $392.96 | 13 | $ 5,108.48 |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | Subtotal | $ 5,108.48 |
| | | Less Unapplied | $ 383.00 |
| | | **Total to bring current** | **$ 4,725.48** |

| | |
|---|---|
| $ | 776.92 |
| $ | (392.96) |
| $ | 383.96 unapplied |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Tatyna Petrosov aka Tanya Petrosov | CASE NO.: 19-16061-amc |
| Debtor. | |

### CERTIFICATE OF SERVICE

I hereby certify that service was made upon all interested parties, indicated below of Response to Debtor's Motion to Determination of Final Cure and Mortgage Payment of NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MEB Loan Trust III on December 18, 2024:

Tatyna Petrosov aka Tanya Petrosov
751 Magee Avenue
Philadelphia, PA 19111
**Debtor**
**Via Regular Mail**

Bradly E Allen
Law Offices of Bradly Allen
7711 Castor Avenue
Philadelphia, PA 19152
**Counsel for Debtor**
**Via ECF**

Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107
**United States Trustee**
**Via ECF**

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
Chapter 13 Trustee
**Via ECF**

*By: /s/ Leslie M. DeJesus*