United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-16061-amc
Tatyna Petrosov  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Apr 08, 2025  Form ID: 195  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2025:**

**Recip ID**    **Recipient Name and Address**
db    + Tatyna Petrosov, 751 Magee Avenue, Philadelphia, PA 19111-4717

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 10, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2025 at the address(es) listed below:

**Name**    **Email Address**

BRADLY E ALLEN
    on behalf of Debtor Tatyna Petrosov bealaw@verizon.net

DENISE ELIZABETH CARLON
    on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-56, Mortgage Pass-Through Certificates, Series 2005-56 bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWALT 2006-OA19), bkgroup@kmllawgroup.com

JOSHUA I. GOLDMAN
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CWALT INC. ALTERNATIVE LOAN TRUST 2005-59 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-59, c/o Shellpoint Mortgage Servicing Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

KAITLIN D. SHIRE

Case 19-16061-amc    Doc 173    Filed 04/10/25    Entered 04/11/25 00:33:40    Desc
Imaged Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 08, 2025 | Form ID: 195 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor MEB Loan Trust III kshire@hillwallack.com  lharkins@ecf.courtdrive.com |
| KAITLIN D. SHIRE | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-76, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-76 c/o Shell kshire@hillwallack.com, lharkins@ecf.courtdrive.com |
| KAITLIN D. SHIRE | |
| | on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing as servicer for MEB Loan Trust III c/o Hill Wallack LLP kshire@hillwallack.com  lharkins@ecf.courtdrive.com |
| KAITLIN D. SHIRE | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA19, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA19 c kshire@hillwallack.com, lharkins@ecf.courtdrive.com |
| KERI P EBECK | |
| | on behalf of Creditor Specialized Loan Servicing  LLC as Servicing Agent for MEB Loan Trust III kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| KEVIN G. MCDONALD | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWALT 2006-OA19), bkgroup@kmllawgroup.com |
| KEVIN S. FRANKEL | |
| | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pa-bk@logs.com |
| KEVIN S. FRANKEL | |
| | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC pa-bk@logs.com |
| KRISTEN D. LITTLE | |
| | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION KRLITTLE@FIRSTAM.COM |
| MEGAN N. HARPER | |
| | on behalf of Creditor City of Philadelphia megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| MICHAEL J. SHAVEL | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA19, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA19 c mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| MICHAEL J. SHAVEL | |
| | on behalf of Creditor MEB Loan Trust III mshavel@hillwallack.com ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| MICHAEL JOHN CLARK | |
| | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION mclark@pincuslaw.com |
| MORRIS ANTHONY SCOTT | |
| | on behalf of Creditor Bayview Loan Servicing  LLC mscott@disabilityrightspa.org |
| SCOTT F. WATERMAN [Chapter 13] | |
| | ECFMail@ReadingCh13.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 20

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Tatyna Petrosov : Case No. 19−16061−amc
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , April 8, 2025 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court

172
Form 195