# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Tatyna Petrosov | | |
| Debtor(s) | : | Bankruptcy No. 19-16061-amc |

## ORDER

AND NOW, it appearing that the Debtor filed a Motion for Determination of Final Cure and Mortgage Payment re: Rule 3002.1 on December 2, 2024 with a hearing on January 15, 2025 and continued to May 7, 2025 .

ORDERED that the Order Approving Trustee Report. Discharging Trustee and Closing Case erroneously entered in this matter on April 8, 2025 is VACATED.

**Date: April 18, 2025**

_____
Ashely M. Chan
Chief Judge, United States Bankruptcy Court