# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| In Re: | Case No. 19-16061-amc |
| Tatyna Petrosov aka Tanya Petrosov | Chapter 13 |
| | Judge Ashely M. Chan |
| Debtor(s). | |

## REQUEST FOR NOTICE AND SERVICE OF COPIES

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

    PLEASE TAKE NOTICE that Hill Wallack LLP, as authorized agent for the interested party identified below, request that a copy of each document, pleading, notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Federal Rules of Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court, and the United States Bankruptcy Code, be served upon the creditor at the following address:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

                                                  Respectfully submitted,
                                                  Hill Wallack LLP
                                                  /s/ Aleksandra Fugate
                                                  Aleksandra Fugate
                                                  Hill Wallack LLP
                                                  Phone: 929-295-7874
                                                  Email: afugate@hillwallack.com
                                                  Authorized agent for NewRez LLC dba
                                                  Shellpoint Mortgage Servicing as servicer
                                                  for MEB LOAN TRUST III

# CERTIFICATE OF SERVICE
## OF REQUEST FOR NOTICE AND SERVICE OF COPIES

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on or before June 18, 2025, via U.S. Mail. All other parties in interest listed on the Notice of Electronic filing have been served electronically.

**VIA CM/ECF ELETRONIC NOTICE**

BRADLY E ALLEN
7711 Castor Avenue
Philadelphia, PA 19152

SCOTT F. WATERMAN
2901 St. Lawrence Ave. Suite 100
Reading, PA 19606

Office of the U.S. Trustee
Robert N.C. Nix Federal Building Suite 320
Philadelphia, PA 19107

**VIA FIRST CLASS U.S. MAIL, POSTAGE PREPAID**

Tatyna Petrosov
751 Magee Avenue
Philadelphia, PA 19111

By: /s/ Aleksandra Fugate
Aleksandra Fugate
Hill Wallack LLP