# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br><br>Tatyna Petrosov,<br>　　　　　　　Debtor. | Case No. 19-16061<br><br>Chapter 13<br><br>Judge Ashely M. Chan |

## REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

　　　You are hereby given notice that Bonial & Associates, P.C. has been engaged by the interested party identified below to serve as its authorized agent in this matter.

　　　You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the creditor at the following address:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
PO Box 10826,
Greenville, South Carolina 29603-0826

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　Bonial & Associates, P.C.


　　　　　　　　　　　　　　　　　　/s/ Paul W. Cervenka
　　　　　　　　　　　　　　　　　　Paul W. Cervenka
　　　　　　　　　　　　　　　　　　14841 Dallas Parkway, Suite 350
　　　　　　　　　　　　　　　　　　Dallas, Texas 75254
　　　　　　　　　　　　　　　　　　(972) 643-6600
　　　　　　　　　　　　　　　　　　(972) 643-6698 (Telecopier)
　　　　　　　　　　　　　　　　　　E-mail: POCInquiries@BonialPC.com
　　　　　　　　　　　　　　　　　　Authorized Agent for NewRez LLC d/b/a
　　　　　　　　　　　　　　　　　　Shellpoint Mortgage Servicing

**CERTIFICATE OF SERVICE OF REQUEST FOR SERVICE OF NOTICE**

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on or before October 2, 2025 via U.S. Mail. All other parties in interest listed on the Notice of Electronic Filing have been served electronically.

**Debtor**                       *Via U.S. Mail*
Tatyna Petrosov
751 Magee Avenue
Philadelphia, PA 19111

                                            Respectfully Submitted,

                                            /s/ Paul W. Cervenka
                                            Paul W. Cervenka