Bradly E. Allen
Attorney at Law
I.D. No.: 35053
7711 Castor Avenue
Philadelphia, PA 19152
T: (215) 725-4242
F: (215) 724-8288
bealaw@verizon.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Tatyna Petrosov                  :   CASE NO.: 19-16061/amc
         Debtor

                                            :   CHAPTER 13

**CERTIFICATE OF SERVICE**

    I, Bradly E. Allen, Attorney for Debtor, do hereby certify that on November 14, 2025, I did cause a true and correct copy of the document described below to be served on the parties listed on the mailing list which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the clerk to receive electronic notice via the CM/ECF system:

**NOTICE OF FINAL CURE PAYMENT**

    I certify under penalty of perjury that the above document was sent using the mode of service indicated.

    First-class mail to:

Tatyna Petrosov
751 Magee Ave.
Philadelphia, PA 19111

NewRez dba Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

CM/ECF NOTICE:

NewRez LLC dba Shellpoint Mortgage Servicing/
The Bank of New York Mellon
c/o Michael Shavel, Hill Wallack, LLP
mshavel@hillwallack.com
ldejesus@hillwallack.com

NewRez, LLC dba Shellpoint Mortgage Servicing/
The Bank of New York Mellon
c/o Kaitlin D. Shire, Hill Wallack
kshire@hillwallack.com

Scott Waterman, Chapter 13 Trustee
ecfmails@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Dated: November 14, 2025

By: /s/ Bradly E. Allen
    Bradly E. Allen, Esquire
    Attorney for Debtor