**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re    **Tatyna Petrosov** _____    Case No. **19-16061/amc**

                                    Debtor    Chapter **13**

### PRAECIPE TO WITHDRAW
### DEBTOR'S MOTION FOR DETERMINATION
### OF FINAL CURE AND MORTGAGE PAYMENT


TO THE CLERK OF U.S. BANKRUPTCY COURT:


Kindly withdraw Debtor, Tatyna Petrosov's Motion for Determination of Final Cure and Mortgage Payment.


Dated:  July 6, 2026                    /s/Bradly E. Allen, Esquire
                                    Attorney for Debtor, Tatyna Petrosov